UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:26-mj-1068-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARILYN N. STRODE | **ORDER** |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss the above-entitled matter.

For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the clerk to dismiss the case.

So ORDERED, this 5 day of August, 2026.

ROBERT B. JONES, JR.
United States Magistrate Judge